AMANDA METCALF (CA-SBN 57177)
LAW OFFICES OF AMANDA METCALF
29 Marin Bay Park Court
San Rafael, California 94901
Tel: 415-454-0945
Email: Metcalflawfirm@aol.com

Attorneys for Plaintiff,
GEOFFREY PETE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a Municipal Corporation, KYLE THOMAS, MIKE MORSE, DAVID KOZICKI, and PEDRO ESPINOZA, individually and in their capacity as Police Officers/Administrators of the Oakland Police Department; DOWNTOWN REALTY COMPANY, INC., DOES 1-100,<br><br>Defendants. | CASE NO. 3:09-cv-06097-WHA<br><br>STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT |

It is hereby stipulated and agreed by and between the parties to the above-entitled action that Plaintiff my file the attached First Amended Complaint for the purpose of adding as additional defendants, PEDRO ESPINOZA and DOWNTOWN REALTY INC. It is further stipulated and agreed that the respective Answers to the Complaint filed on behalf of defendants CITY OF OAKLAND, KYLE THOMAS, MIKE MORSE and DAVID KOZICKI shall be

LAW OFFICES OF
AMANDA METCALF
SAN RAFAEL, CALIFORNIA

Pete v. City of Oakland, et al.
Case NO. 3:09-cv-06097WHA; Stipulation and Order
Re: Filing of First Amended Complaint

deemed for all purposes a sufficient answer to the First Amended Complaint and that no further response to the First Amended Complaint shall be required of these defendants.

Dated: May 25, 2010                        LAW OFFICES OF AMANDA METCALF

*/s/ Amanda Metcalf*
Amanda Metcalf
Attorneys for Plaintiff, GEOFFREY PETE

Dated: 5/27/2010                           OAKLAND CITY ATTORNEY'S OFFICE

*/s/ Charles E. Vose*
Charles E. Vose, Senior Deputy City Attorney
Attorneys for Defendants, CITY OF OAKLAND, KYLE THOMAS and MIKE MORSE

Dated: _____                    BURNHAM BROWN


_____
John H. Verber
Attorneys for Defendant, DAVID KOZICKI


IT IS SO ORDERED:

Dated: _____
_____
William H. Alsup
Judge, United States District Court

2
LAW OFFICES OF
AMANDA METCALF
SAN RAFAEL, CALIFORNIA

Pete v. City of Oakland, et al.
Case NO. 3:09-cv-06097WHA; Stipulation and Order
Re: Filing of First Amended Complaint

deemed for all purposes a sufficient answer to the First Amended Complaint and that no further response to the First Amended Complaint shall be required of these defendants.

Dated: May 25, 2010

LAW OFFICES OF AMANDA METCALF

*/s/ Amanda Metcalf*

Amanda Metcalf
Attorneys for Plaintiff, GEOFFREY PETE

Dated: _____

OAKLAND CITY ATTORNEY'S OFFICE


_____
Charles E. Vose, Senior Deputy City Attorney
Attorneys for Defendants, CITY OF OAKLAND, KYLE THOMAS and MIKE MORSE

Dated: May 26, 2010

BURNHAM BROWN

*/s/ John J. Verber*

John J. Verber
Attorneys for Defendant, DAVID KOZICKI

IT IS SO ORDERED:

Dated: June 14, 2010.

APPROVED
*/s/ Wm Alsup*
Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

LAW OFFICES OF
AMANDA METCALF
SAN RAFAEL, CALIFORNIA

Pete v. City of Oakland, et al.
Case NO. 3:09-cv-06097WHA; Stipulation and Order
Re: Filing of First Amended Complaint