1  AMANDA METCALF (CA-SBN 57177)
   LAW OFFICES OF AMANDA METCALF
2  29 Marin Bay Park Court
   San Rafael, California 94901
3  Tel: 415-454-0945
4  Email: Metcalflawfirm@aol.com

5  Attorneys for Plaintiff,
   GEOFFREY PETE

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 | GEOFFREY PETE,                          | CASE NO. 3:09-cv-06097-WHA
11 |                                         |
12 |     Plaintiff,                          | STIPULATION AND JOINT REQUEST
   | vs.                                     | FOR ORDER EXTENDING MEDIATION
13 |                                         | COMPLETION DATE; AND ORDER
14 | CITY OF OAKLAND, a Municipal            | THEREON
15 | Corporation, KYLE THOMAS, MIKE          |
16 | MORSE, DAVID KOZICKI, and PEDRO         |
17 | ESPINOZA, individually and in their     |
18 | capacity as Police Officers/Administrators of |
19 | the Oakland Police Department;          |
20 | DOWNTOWN REALTY COMPANY, INC.,          |
21 | DOES 1-100,                             |
22 |     Defendants.                         |

23    It is hereby stipulated and agreed by and between Plaintiff, GEOFFREY PETE and
24 Defendants, CITY OF OAKLAND, KYLE THOMAS, MIKE MORSE and DAVID KOZICKI,
25 through their respective counsel, that Plaintiff desires to amend and defendants have agreed to
26 the filing of an amended complaint to add additional defendants. In addition, as defendant David
27 Kozicki filed an answer to the Complaint, on May 26, 2010, this defendant has not been afforded
28

Pete v. City of Oakland, et al.
Case NO. 3:09-cv-06097WHA; Stipulation and Order
Re: Filing of First Amended Complaint

an opportunity to make or receive disclosures from other parties. Mediation at this time would, therefore, be unproductive. Based on the foregoing, good cause exists for extending the current mediation completion date ordered by the Court, and the parties above-named jointly request that the date by which mediation must be completed be continued for an additional 90 days or to such other date as the court deems appropriate.

Dated: May 25, 2010

LAW OFFICES OF AMANDA METCALF

_____
Amanda Metcalf
Attorneys for Plaintiff, GEOFFREY PETE

Dated:_____

OAKLAND CITY ATTORNEY'S OFFICE


_____
Charles E. Vose, Senior Deputy City Attorney
Attorneys for Defendants, CITY OF OAKLAND,
KYLE THOMAS and MIKE MORSE

Dated: May 26, 2010

BURNHAM BROWN

_____
John J. Verber
Attorneys for Defendant, DAVID KOZICKI

IT IS SO ORDERED:

Dated:_____

_____
William H. Alsup
Judge, United States District Court

2

LAW OFFICES OF
AMANDA METCALF
SAN RAFALE, CALIFORNIA

Pete v. City of Oakland, et al.
Case NO. 3:09-cv-06097WHA; Stipulation and Order
Re: Filing of First Amended Complaint

an opportunity to make or receive disclosures from other parties. Mediation at this time would, therefore, be unproductive. Based on the foregoing, good cause exists for extending the current mediation completion date ordered by the Court, and the parties above-named jointly request that the date by which mediation must be completed be continued for an additional 90 days or to such other date as the court deems appropriate.

Dated: May 25, 2010                    LAW OFFICES OF AMANDA METCALF

                                       /s/ Amanda Metcalf
                                       Amanda Metcalf
                                       Attorneys for Plaintiff, GEOFFREY PETE


Dated: 5/27/2010                       OAKLAND CITY ATTORNEY'S OFFICE

                                       /s/ Charles E. Vose
                                       Charles E. Vose, Senior Deputy City Attorney
                                       Attorneys for Defendants, CITY OF OAKLAND,
                                       KYLE THOMAS and MIKE MORSE


Dated: _____                   BURNHAM BROWN

                                       _____
                                       John H. Verber
                                       Attorneys for Defendant, DAVID KOZICKI


IT IS SO ORDERED:


Dated: June 14, 2010.                  APPROVED
                                       /s/ William Alsup
                                       William Alsup
                                       Judge William Alsup
                                       United States District Court
                                       Northern District of California

LAW OFFICES OF
AMANDA METCALF
SAN RAFAEL, CALIFORNIA

Pete v. City of Oakland, et al.
Case NO. 3:09-cv-06097WHA; Stipulation and Order
Re: Filing of First Amended Complaint