1  THOMAS E. MULVIHILL, ESQ. (SBN 129906)
   JILL P. SAZAMA (SBN 214215)
2  MITOSHI H. FUJIO-WHITE (SBN 252839)
   Tmulvihill@bjg.com; Jsazama@bjg.com;
3  Mfujio-white@bjg.com
   BOORNAZIAN, JENSEN & GARTHE
4  A Professional Corporation
   555 12th Street, Suite 1800
5  Oakland, California  94607
   Telephone:     (510) 834-4350
6  Facsimile:     (510) 839-1897

7  Attorneys for Defendant
   Downtown Realty Company, Inc.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 GEOFFREY PETE,                          CASE NO. 3:09-CV-06097-WHA

12        Plaintiff,                       [~~PROPOSED~~]
                                           ORDER REGARDING DEFENDANT
13        v.                               DOWNTOWN REALTY COMPANY,
                                           INC.'S REQUEST TO WITHDRAW ITS
14 CITY OF OAKLAND, KYLE THOMAS,           MOTION TO DISMISS PURSUANT TO
   MIKE MORSE, DAVID KOZICKI,              RULE 12(b)(5) IN LIGHT OF WAIVER OF
15 PEDRO ESPINOZA, DOWNTOWN                SERVICE OF SUMMONS AND
   REALTY COMPANY, INC. AND DOES           VACATING HEARING
16 3 - 100,
                                           Complaint Filed:  December 31, 2009
17        Defendants.

18

19        Before the Court is defendant DOWNTOWN REALTY COMPANY, INC.'s request to

20 withdraw its Motion to Dismiss pursuant to Rule 12(b)(5) in light of waiver of service of

21 summons.  On May 26, 2010, plaintiff GEOFFREY PETE ("Plaintiff") filed a First Amended

22 Complaint, adding DOWNTOWN REALTY COMPANY, INC. ("Defendant" or "DRC") as a

23 Defendant in the instant matter.  On June 8, 2010, Plaintiff filed a First Amended (Corrected)

24 Complaint, and the day after, on June 9, 2010, Plaintiff filed a Stipulation and [Proposed] Order

25 Allowing Filing of First Amended Complaint.  The Order was granted on June 14, 2010.  On

26 July 8, 2010, DRC filed a motion to dismiss the First Amended (Corrected) Complaint for

27 improper service.

28        On July 13, 2010, Defendant executed a Waiver of the Service of Process, allowing DRC

1  thirty-three (33) days from the date of acknowledgment of the Waiver for DRC to file and serve a
2  motion under Fed. Rule Civ. Proc. 12 or alternatively an Answer, which was subsequently
3  acknowledged by Plaintiff on July 15, 2010.
4        In consideration of the foregoing, and good cause appearing therefor, the Court hereby
5  orders as follows:
6        (1)    Defendant's withdrawal of its motion to dismiss the First Amended (Corrected)
7  Complaint is accepted without prejudice to its ability to file a motion and assert any new or
8  additional arguments that may lie with respect to the First Amended (Corrected) Complaint.
9        (2)    The hearing on the motion is **VACATED**.

12  IT IS SO ORDERED.

14  DATED: July 20 _____, 2010

By: 

Judge William Alsup

19  26475\509384