**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY PETE,

    Plaintiff,

  v.

CITY OF OAKLAND, a Municipal Corporation, KYLE THOMAS, MIKE MORSE, DAVID KOZICKI, and PEDRO ESPINOZA, individually and in their capacities as Police Officers/Administrators for the Oakland Police Department, DOWNTOWN REALTY COMPANY, INC., and DOES 3–100,

    Defendants.

No. C 09-06097 WHA

**RULE 54(b) JUDGMENT RE DOWNTOWN REALTY COMPANY, INC.**

Downtown Realty Company, Inc., having been dismissed from the action as a defendant, and based upon an express finding that there is no just reason for delay, **JUDGMENT IS HEREBY ENTERED** in favor of defendant Downtown Realty Company and against plaintiff Geoffrey Pete pursuant to FRCP 54(b). Downtown Realty Company is no longer a defendant in the case and should not participate further in the action.

**IT IS SO ORDERED.**

Dated: October 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE