UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PETE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; KYLE THOMAS, MIKE MORSE, DAVID KOZICKI, and PEDRO ESPINOZA, individually, and in their capacity as Police Officers and/or Police Administrators for the Oakland Police Department, DOWNTOWN REALTY COMPANY, INC. and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. C09-06097 WHA<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST TO EXTEND DEADLINE FOR MEDIATION**<br><br>Complaint Filed:　　　December 31, 2009<br>2nd Amd Cmplnt Filed: August 17, 2010 |

　　　Based on the statements contained in the Joint Stipulation and Request to Extend Deadline for Mediation, the deadline to complete mediation in this continued to January 21, 2011.

DATED: November 19, 2010.　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE