1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   GEOFFREY PETE,                                    No. C 09-06097 WHA
11              Plaintiff,
12        v.                                           **ORDER DENYING
                                                       PLAINTIFF'S REQUEST
13   CITY OF OAKLAND, a Municipal                      TO EXTEND DEADLINES**
     Corporation, KYLE THOMAS, MIKE MORSE,
14   DAVID KOZICKI, and PEDRO ESPINOZA,
     individually and in their capacity as Police
15   Officers/Administrators of the Oakland Police
     Department, DOWNTOWN REALTY
16   COMPANY, INC., and DOES 3–100,
17              Defendants.
18   _____/
19
20          On December 8, 2010, plaintiff filed a letter requesting that the deadline for the close of

     discovery and expert disclosure be extended from December 31, 2010 to February 28, 2011.
21
     Plaintiff explained that mediation could not be scheduled before January 11 — after the current
22
     discovery deadline — and that, as a result, the costly discovery phase of the litigation "may be
23
     pursued needlessly" unless the deadline is extended.  Plaintiff represented that an impromptu
24
     meet-and-confer was conducted on this proposal, at which "[c]ounsel for defendants were not
25
     amenable to Plaintiff's proposal."
26
            Plaintiff's request is **DENIED**.  Although it is regrettable that resources may be consumed
27
     unnecessarily by discovery, that is a risk plaintiff assumed when he filed this action.  The
28
     extension plaintiff requests would impact the procedural schedule and trial date in this action.

     Litigation, however, must proceed in a timely fashion regardless of any attempts at alternative

**United States District Court**
For the Northern District of California

dispute resolution that the parties may or may not be pursuing in parallel to the court action.  If

plaintiff is particularly eager to avoid the costs of litigation, he is encouraged to redouble his

efforts at reasonably settling his case.

**IT IS SO ORDERED.**

Dated:  December 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2