UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

GEOFFREY PETE,
          Plaintiff,

    v.

CITY OF OAKLAND, et al.,
          Defendants.
_____/

No. C 09-6097 WHA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:       January 19, 2011
Mediator:  David Alexander

    IT IS HEREBY ORDERED that the request to excuse defendant Sergeant Pedro Espinoza from attending the January 19, 2011, mediation before David Alexander is GRANTED.  The request to excuse defendant Officer Mike Morse is DENIED.  Officer Morse shall personally attend the January 19, 2011, mediation before David Alexander.

    IT IS SO ORDERED.

January 11, 2011            By:       *Elizabeth D. Laporte*
_____               _____
Dated                                     Elizabeth D. Laporte
                                      United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California