IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY PETE,

    Plaintiff,

  v.

CITY OF OAKLAND, a Municipal Corporation, KYLE THOMAS, MIKE MORSE, and DAVID KOZICKI, individually and in their capacities as Police Officers and/or Police Administrators for the Oakland Police Department, and DOES 1–100,

    Defendants.

    /

No. C 09-06097 WHA

**AMENDED ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The parties shall meet-and-confer in the Court's jury room starting from **8:00 A.M. AND ENDING 11:00 A.M. ON *TUESDAY, JANUARY 18, 2011***. At 11:00 a.m., the Court shall hold a hearing to resolve any and all remaining discovery issue(s).

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the discovery hearing.

**IT IS SO ORDERED.**

Dated: January 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE