1

2

3

4

5                IN THE UNITED STATES DISTRICT COURT

6

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 GEOFFREY PETE,                     No. C 09-06097 WHA

10         Plaintiff,

11    v.                      **ORDER SETTING**

12                            **DEADLINE FOR**
CITY OF OAKLAND, a Municipal      **JOINT SUBMISSION**

13 Corporation, KYLE THOMAS, MIKE     **OF PROPOSED ORDER**
MORSE, DAVID KOZICKI, and PEDRO

14 ESPINOZA, individually and in their
capacity as Police Officers/Administrators

15 of the Oakland Police Department,
DOWNTOWN REALTY COMPANY,

16 INC., and DOES 3–100,

17         Defendants.
    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/

18

19       On January 18, 2011, counsel for plaintiff and for defendant City of Oakland attended a

20 court-ordered meet-and-confer session starting at 8:00 a.m. to discuss their discovery dispute.  A

21 hearing on the discovery dispute was conducted at 11:00 a.m..  At the hearing, the parties

22 reported that they had resolved some but not all of the disputed issues.  The remaining issues were

23 resolved by the Court.  At the conclusion of the hearing, the parties were instructed to agree to a

24 form of order embodying the resolution of their discovery dispute and to file the proposed order

25 along with a statement that it was agreeable to both parties.  No such filing has been made.  On

26 January 20, plaintiff's counsel filed a letter explaining that some of counsel's agreements had

27 been based on alleged misrepresentations by defense counsel and that these agreements

28 subsequently broke down.

**United States District Court**
For the Northern District of California

No later than **NOON ON JANUARY 24, 2011**, counsel for plaintiff and for defendant City of Oakland must file a proposed order to which they both agree.  At a minimum, the proposed order must reflect the rulings made at the January 18 hearing and the agreements reached between counsel at the January 18 meet-and-confer session.

**IT IS SO ORDERED.**

Dated:  January 21, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2