IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, a Municipal Corporation, KYLE THOMAS, MIKE MORSE, DAVID KOZICKI, and PEDRO ESPINOZA, individually and in their capacity as Police Officers/Administrators of the Oakland Police Department, DOWNTOWN REALTY COMPANY, INC., and DOES 3–100,<br><br>    Defendants.<br>                                                / | No. C 09-06097 WHA<br><br>**ORDER SETTING DEADLINE FOR JOINT SUBMISSION OF PROPOSED ORDER** |

On February 8, 2011, counsel for plaintiff and for defendant City of Oakland attended a court-ordered meet-and-confer session starting at 8:00 a.m. to discuss their most recent discovery dispute. A hearing on the discovery dispute was conducted at 11:00 a.m. to resolve the parties' remaining issues. At the conclusion of the hearing, the parties were instructed to submit form of order embodying the resolution of their discovery dispute. No such filing has been made. By **NOON ON FEBRUARY 14, 2011**, counsel for plaintiff and for defendant City of Oakland must file a proposed order to which they both agree. At a minimum, the proposed order must reflect the rulings made at the February 8 hearing and any agreements reached between counsel at the February 8 meet-and-confer session.

    **IT IS SO ORDERED.**

Dated: February 11, 2011.

                                                    WILLIAM ALSUP<br>                                                  UNITED STATES DISTRICT JUDGE